**Order entered October 16, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01146-CV

### IN RE LOUIS T. SHIELL II, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06516**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and motion for temporary relief. We **ORDER** that relator bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
           JUSTICE